Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 24 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAVERN JOSEPH ADOLPH, <br><br> Defendant. | Case No.:  2:24-CR-97-TOR <br><br> INDICTMENT <br><br> Vios: 18 U.S.C. §§ 2241(c), 1153 <br> Aggravated Sexual Abuse of a Minor in Indian Country <br> (Counts 1, 2) <br><br> 18 U.S.C. § 2253 <br> Forfeiture Allegation |

The Grand Jury charges:

COUNT 1

Between on or about a date unknown but by January 2017, and continuing through to on or about November 9, 2020, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, LAVERN JOSEPH ADOLPH, an Indian, did knowingly engage in a sexual act with MINOR 1, a person who had not attained the age of 12 years, all in violation of 18 U.S.C. §§ 2241(c), 1153.

INDICTMENT – 1

## COUNT 2

Between on or about a date unknown but by January 2017, and continuing through to on or about November 9, 2020, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, LAVERN JOSEPH ADOLPH, an Indian, did knowingly engage in a sexual act with MINOR 2, a person who had not attained the age of 12 years, all in violation of 18 U.S.C. §§ 2241(c), 1153.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253(a)(2) and (a)(3), upon convicted of an offense in violation of 18 U.S.C. § 2244 or 2241 as set forth in Count 1 and Count 2 of this Indictment, the Defendant, LAVERN JOSEPH ADOLPH, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended

INDICTMENT – 2

to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 24 day of July 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 3